IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Martin F. Salazar, ) | |
| ) | C/A No. 9:09-2920-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| R.L. James, S. Anne Walker, Saagu ) | |
| Zeleke, Melvin Patterson, Keisha Samuels, ) | **O R D E R** |
| Jeanette Peoples, Joy Hunter, V. Rutledge, ) | |
| Lafaye Cooper, Tiffany Williams, ) | |
| Denita Labrew, Heather Andrews, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff Martin F. Salazar filed this action on November 9, 2009, asserting that Defendants violated his constitutional rights in various respects. See Bivens v. Six Unknown Named Agents of the Fed. Bur. of Narcotics, 403 U.S. 388 (1971).

This matter is before the court on Plaintiff's motion to stay or, in the alternative, to dismiss without prejudice, which motion was filed June 10, 2010 (Entry 53). Defendants filed a response on June 11, 2010, wherein Defendants requested that the court issue an order granting the alternative relief requested by Plaintiff, i.e., a dismissal without prejudice.

The court agrees that dismissal without prejudice is the appropriate disposition of this matter. Accordingly, Plaintiff's motion (Entry 53) is **granted** as to the alternative relief, and the case is dismissed without prejudice.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

June 18, 2010.